**CRIMINAL COMPLAINT**
(Submitted electronically)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>**v.**<br>**Jorge Radelli**<br>DOB: 1992; U.S. Citizen | **DOCKET NO.** |
| | **MAGISTRATE'S CASE NO.**<br>**26-04528MJ** |

| Complaint for violations of:   Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II)<br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

COUNT 1:  On or about April 2, 2026, at or near Nogales, in the District of Arizona, Jorge RADELLI did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

COUNT 2:  On or about April 2, 2026, at or near Nogales in the District of Arizona, Jorge RADELLI did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 2, 2026, Jorge RADELLI entered the United States from the Republic of Mexico at the DeConcini Port of Entry in Nogales, Arizona. RADELLI was the sole occupant and registered owner of a white 2026 Chrysler 200 bearing an Arizona license plate. At the time RADELLI crossed, U.S. Customs and Border Protection (CBP) officers were conducting an x-ray operation and randomly sent RADELLI's vehicle for an x-ray inspection. Officers x-rayed the vehicle and observed an anomaly in the x-ray images. A CBP canine, trained to detect the odor of narcotics, alerted to an odor emanating from a speaker box inside RADELLI's vehicle. Officers removed the speaker box from the vehicle. Officers x-rayed the speaker box and observed anomalies throughout the box. Officers searched the box and found 13 packages of suspected narcotics concealed inside. Representative samples of the contents of the packages were field tested and yielded positive results for the properties of cocaine and fentanyl. Twelve (12) packages contained cocaine and weighed 14.02 kilograms. One package contained fentanyl and weighed 1.12 kilograms.

After waiving his *Miranda* rights, RADELLI said he is the registered owner of the vehicle and no one else uses or has used his vehicle since he purchased it about three weeks ago. RADELLI admitted he was approached by someone at a car wash in Mexico and offered $3,000 to bring "something" to Tucson. When investigators asked RADELLI what the "something" could be, RADELLI replied, "cocaine." RADELLI said the plan was to drive around the Tucson mall until someone knocked on his window.

CONTINUED ON NEXT PAGE

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: | |
|---|---|
| DETENTION REQUESTED<br>  Being duly sworn, I declare that the foregoing is<br>  true and correct to the best of my knowledge. | **SIGNATURE OF COMPLAINANT (official title)**<br>BRIAN ORTIZ-RUIZ  Digitally signed by BRIAN ORTIZ-RUIZ<br>Date: 2026.04.03 12:31:23 -06'00' |
| | **OFFICIAL TITLE**<br>Special Agent Brian Ortiz-Ruiz<br>Homeland Security Investigations |
| **Sworn to telephonically.** | |
| **SIGNATURE OF MAGISTRATE JUDGE[1)]**<br>*Maria S. Aguilera* | **DATE**<br>April 3, 2026 |

[1)]     See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA Price

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:    26-04528MJ



